```
 1  LAW OFFICE OF JAN J. KLOHONATZ
    JAN J. KLOHONATZ (CA Bar #111718)
 2  965 Magnolia Avenue, #34
    Larkspur, California 94939
 3  Telephone: (415) 927-0277
    Facsimile: (415) 924-0277
 4  E-Mail: jjkjd@comcast.net

 5  Attorney for Defendants
    Albert Law Corporation and Ronald P. Albert
 6
 7
 8
 9              UNITED STATES DISTRICT COURT
10              NORTHERN DISTRICT OF CALIFORNIA
11
12
13  BCS INSURANCE COMPANY,            )  Case No. 3:14-cv-02872-JCS
                                      )
14              Plaintiffs,           )
                                      )  STIPULATION EXTENDING TIME
15       v.                           )  FOR DEFENDANTS ALBERT LAW
                                      )  CORPORATION AND RONALD P.
16  ALBERT LAW CORPOPRATION, a        )  ALBERT TO ANSWER OR
    California corporation, and RONALD P. )  OTHERWISE RESPOND TO
17  ALBERT, an individual;            )  COMPLAINT
                                      )
18              Defendants.           )
                                      )
19
```

1.

STIPULATION EXTENDING TIME FOR DEFENDANTS ALBERT LAW CORPORATION AND RONALD P. ALBERT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

|   |   |
|---|---|
| 1 | WHEREAS, Defendants Albert Law Corporation and Ronald P. Albert ("Defendants") |
| 2 | waived service of summons in the above-captioned action; |
| 3 | WHEREAS, the last day for Defendants to answer or otherwise respond to the complaint |
| 4 | filed by Plaintiff BCS Insurance Company ("Plaintiff") is August 25, 2014; |
| 5 | |
| 6 | WHEREAS, all parties have agreed that Defendants may have a two-week extension of |
| 7 | time to, and including, September 8, 2014, to answer or otherwise respond to Plaintiff's complaint; |
| 8 | WHEREAS, this is the first extension of Defendants' time to answer or otherwise respond |
| 9 | to Plaintiff's complaint; and |
| 10 | WHEREAS, this extension will have no effect on the schedule of the case; |
| 11 | NOW, THEREFORE, all parties, through their respective counsel of record, hereby |
| 12 | stipulate and agree that Defendants Albert Law Corporation and Ronald P. Albert are granted a |
| 13 | two-week extension of time to, and including, September 8, 2014, to answer or otherwise respond |
| 14 | to the complaint of Plaintiff BCS Insurance Company in the above-captioned action. |
| 15 | |
| 16 | DATED: August 20, 2014        LAW OFFICE OF JAN J. KLOHONATZ |
| 17 | |
| 18 | By: _____ |
|    | Jan J. Klohonatz |
| 19 | Attorney for Defendants Albert Law |
| 20 | Corporation and Ronald P. Albert |
| 21 | |
| 22 | DATED: August 20, 2014        BARGER & WOLEN LLP |
| 23 | Dated: 8/22/14 |
| 24 | IT IS SO ORDERED                John C. Holmes |
| 25 | Judge Joseph C. Spero           Attorney for Plaintiff BCS Insurance Company |
| 26 | |
| 27 | 2. |
| 28 | STIPULATION EXTENDING TIME FOR DEFENDANTS ALBERT LAW CORPORATION AND RONALD P. ALBERT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT |