# BARGER & WOLEN LLP

MEGAN K. ATKINSON
(213) 614-7394
matkinson@bargerwolen.com

633 West Fifth Street
Forty-Seventh Floor
Los Angeles, California 90071-2043
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

PLEASE REFER TO FILE NUMBER:
10732.005

September 17, 2014

**VIA CM/ECF**

Hon. Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Avenue, Dept. G, 15th Floor
San Francisco, California 94102-3483

Re: **BCS Insurance Company v. Albert Law Corporation, et al.; Case No.: 3:14-cv-02872-JCS – Case Management Conference**

Dear Judge Spero:

Please be advised that the parties in the above-entitled action have conferred and agreed to participate via telephonic appearance at the Case Management Conference presently scheduled for this upcoming Friday, September 19, 2014 at 2:00 p.m.

Please note below for dial-in instructions:

Direct Dial: **(877) 746-4263**
Participant Access Code: **0235864#**

Thank you.

Dated: 9/18/14

IT IS SO ORDERED
Judge Joseph C. Spero

Very truly yours,

/s/ Megan Atkinson

MEGAN K. ATKINSON
For the Firm

MKA:vxm

cc: Jan J. Klohonatz, Esq. (via e-mail)

i:\office\10732\005\14letters\0917 tel app ntc to judge.doc

www.bargerwolen.com