```
 1  LAW OFFICE OF JAN J. KLOHONATZ
    JAN J. KLOHONATZ (CA Bar #111718)
 2  965 Magnolia Avenue, #34
    Larkspur, California 94939
 3  Telephone: (415) 927-0277
    Facsimile: (415) 924-0277
 4  E-Mail: jjkjd@comcast.net

 5  Attorney for Defendants and Counter-Claimants
    Albert Law Corporation and Ronald P. Albert
 6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BCS INSURANCE COMPANY, | ) Case No. 3:14-cv-02872-JCS |
|---|---|
| Plaintiffs, | ) |
| v. | ) STIPULATION EXTENDING TIME FOR DEFENDANTS AND COUNTER-CLAIMANTS ALBERT LAW CORPORATION AND RONALD P. ALBERT TO RESPOND TO DISCOVERY |
| ALBERT LAW CORPOPRATION, a California corporation, and RONALD P. ALBERT, an individual; | ) |
| Defendants. | ) |
| AND RELATED COUNTER-CLAIMS. | ) |

1.

WHEREAS, Plaintiff BCS Insurance Company ("Plaintiff") has propounded on Defendants and Counter-Claimants Albert Law Corporation and Ronald P. Albert ("Defendants") a First Set of Interrogatories and a First Set of Requests for the Production of Documents (collectively the "Discovery");

WHEREAS, Defendants responses to the Discovery are due on October 27, 2014;

WHEREAS, Ronald P. Albert, the principal of the Albert Law Corporation, unexpectedly had to leave the country this week to attend to family matters and Defendants, as a result, requested that Plaintiff agree to extend Defendants' time to respond to the Discovery to, and including, November 3, 2014;

WHEREAS, Defendants and Plaintiff have agreed that Defendants may have to, and including, November 3, 2014, for Defendants to respond to Plaintiff's Discovery;

WHEREAS, the extension in this stipulation is the first extension of Defendants' time to respond to Plaintiff's Discovery; and

WHEREAS, this extension will have no effect on the schedule of the case;

NOW, THEREFORE, all parties, through their respective counsel of record, hereby stipulate and agree that Defendants and Counter-Claimants Albert Law Corporation and Ronald P.

\\
\\
\\
\\
\\
\\
\\
\\
\\

2.

STIPULATION EXTENDING TIME FOR DEFENDANTS AND COUNTER-CLAIMANTS ALBERT LAW CORPORATION AND RONALD P. ALBERT TO RESPOND TO DISCOVERY

Albert are granted an extension of time to, and including, November 3, 2014, to respond Plaintiff BCS Insurance Company's First Set of Interrogatories and First Set of Requests for the Production of Documents.

**IT IS SO STIPULATED.**

DATED: October 2/2014                        LAW OFFICE OF JAN J. KLOHONATZ

By: _____
    Jan J. Klohonatz

Attorney for Defendants and Counter-Claimants
Albert Law Corporation and Ronald P. Albert

DATED: October 23, 2014                     HINSHAW & CULBERTSON LLP

By: _____
    Megan Atkinson

Attorneys for Plaintiff and Counter-Defendant
BCS Insurance Company

Dated: 10/27/14
       /s/ Joseph C. Spero
By:_____
Joseph C. Spero
United States Magistrate Judge

3.

STIPULATION EXTENDING TIME FOR DEFENDANTS AND COUNTER-CLAIMANTS ALBERT LAW CORPORATION AND RONALD P. ALBERT TO RESPOND TO DISCOVERY