

**ATTORNEYS AT LAW**

633 West 5th Street
Forty-Seventh Floor
Los Angeles, CA 90071-2043

213-680-2800
213-614-7399 (fax)
www.hinshawlaw.com

Veronica Montero-Kossak
(213) 680-2800 x 7204
vmontero@mail.hinshawlaw.com

December 11, 2014

**VIA CM/ECF**

Hon. Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Avenue, Dept. G, 15th Floor
San Francisco, California 94102-3483

   Re: BCS Insurance Company v. Albert Law Corporation, et al.; Case No.:
      3:14-cv-02872-JCS – Case Management Conference

Dear Judge Spero:

  Please be advised that the parties in the above-entitled action have conferred and agreed to participate via telephonic appearance at the Case Management Conference presently scheduled for Friday, December 19, 2014 at 11:00 a.m.

  Please note below for dial-in instructions:

   Direct Dial: **(877) 746-4263**
   Participant Access Code: **0235864#**

  Thank you.

Dated: 12/12/14

Very truly yours,

HINSHAW & CULBERTSON LLP

Veronica Montero-Kossak
Assistant to MEGAN K. ATKINSON

*[Stamp: IT IS SO ORDERED, Judge Joseph C. Spero, United States District Court, Northern District of California]*

MKA:vxm

cc: Jan Klohonatz, Esq. (via e-mail)

*Building on the Barger Tradition*

Arizona  California  Florida  Illinois  Indiana  Massachusetts  Minnesota  Missouri  New York  Rhode Island  Wisconsin  •  London